The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BITE TECH, INC., et al., | **CONSOLIDATED CASES** |
| Plaintiffs, | NO. 2:12-cv-01267-RSM |
| v. | NO. 2:13-cv-00430-RSM |
| X2 BIOSYSTEMS, INC., | **ORDER OF DISMISSAL** |
| Defendant. | |

THIS MATTER, having come on regularly before the undersigned Judge, and the Judge having reviewed the stipulation of the parties and the files and records in this case, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that all plaintiffs' claims shall be dismissed with prejudice and without costs to any party; and it is further

ORDERED, ADJUDGED AND DECREED that all defendant's counterclaims shall be dismissed with prejudice and without costs to any party.

**DATED** this 3 day of July 2013.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1
NO. 2:12-cv-01267 RSM

821931.01

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

Presented by:

RYAN, SWANSON & CLEVELAND, PLLC

By */s/ Bryan C. Graff*
   Robert J. Curran, WSBA #14310
   Bryan C. Graff, WSBA #38553
   Teruyuki S. Olsen, WSBA #40855
   Attorneys for X2 Biosystems, Inc.
1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
Phone: (206) 464-4224/Fax: (206) 583-0359
curran@ryanlaw.com
graff@ryanlaw.com
olsen@ryanlaw.com

Approved as to Form:

LANE POWELL PC

By */s/ Paul D. Swanson*
   Paul D. Swanson, WSBA #13656
   David C. Spellman, WSBA #13538
   Tiffany Scott Connors, WSBA #41740
   Attorneys for Plaintiffs
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338
Phone: 206-223-7392/Fax: 206-223-7107
swansonp@lanepowell.com
spellmand@lanepowell.com
scottt@lanepowell.com

MORGAN LEWIS BOCKIUS LLP

By */s/ Brett M. Schuman*
   Brett M. Schuman, *pro hac vice*
   Howard Holderness, *pro hac vice*
   Dennis J. Sinclitico, Jr., *pro hac vice*
   Attorneys for Plaintiffs
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Phone: 415-442-1000/Fax: 415-442-1001

ORDER OF DISMISSAL - 2
               NO. 2:12-cv-01267 RSM

821931.01



Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359